LOUNSBERRY et al., Appellants, v. KELLY, Respondent.

(148 N. W. 18.)

**Appeal—Prosecution of Appeal—Brief—Affirmance.**

Appellants being in default in filing briefs, and no extension of time having been applied for by stipulation or order, the

appeal will be deemed abandoned, and the order appealed from affirmed.

(Opinion filed July 13, 1914.)

Appeal from Circuit Court, Codington County. Hon. CARL G. SHERWOOD, Judge.

Action by Samuel N. Lounsberry and another against E. J. Kelly. From an order setting aside a transcript of judgment, plaintiffs appeal. Affirmed.

*Case & Case,* for Appellants.
*Sherin & Sherin,* for Respondent.

PER CURIAM. This is an appeal from an order of the circuit court. The appeal herein was perfected on March 6, 1914. The appellants have filed no brief in this court, nor have they procured and filed any stipulation extending their time for filing brief, nor have they procured any order granting such an extension, but have, ever since April 6, 1914, been in default in the filing of such brief. This court will, therefore, deem the appeal abandoned and, owing to such abandonment of the appeal, the order appealed from is affirmed.

SMITH, P. J., and McCOY, J., not sitting.